**Order entered December 20, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01031-CR

**QUINCY RESHAWN GILSTRAP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-75410**

### ORDER

The clerk's record, reporter's record, and docketing statement are overdue.

On November 10, 2022, we notified the district clerk by postcard that the clerk's record was overdue, and we directed the district clerk to file the clerk's record within 30 days. Although more than 30 days have passed, the clerk's record has not been filed. Accordingly, we **ORDER** the district clerk to file the clerk's record within **THIRTY DAYS** of the date of this order.

On November 10, 2022, we notified Kelly Simmons, court reporter, 292nd Judicial District Court, by postcard that the reporter's record was overdue, and we directed Kelly Simmons to file within 30 days (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record. Although more than 30 days have passed, the reporter's record or court reporter's verification have not been filed. Accordingly, we **ORDER** Kelly Simmons, court reporter, 292nd Judicial District Court, to file within **THIRTY DAYS** of the date of this order (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record.

On October 3, 2022, we notified counsel for appellant by postcard that the docketing statement was overdue, and we directed counsel to file a proper docketing statement within 10 days. As of the date of this order, the docketing statement has not been filed. Accordingly we **ORDER** counsel for appellant to file a proper docketing statement with this Court within **TEN DAYS** of the date of this order.

We **DIRECT** the clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Felicia Pitre, Dallas County District Clerk; Kelly Simmons, court reporter, 292nd Judicial District Court; and to counsel for all parties.

/s/     ERIN A. NOWELL
        JUSTICE